UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAUL R. CARDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:18-cv-2184-GCS |
| | ) |
| COMMISSIONER of SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER FOR ATTORNEY'S FEES

**SISON, Magistrate Judge:**

This matter is before the Court on Plaintiff's Petition to Award Attorney Fees Pursuant to The Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(B). (Doc. 33). Defendant has responded that he has no objection. (Doc. 35).

Plaintiff asks for an award of attorney's fees in the amount of $4,911.85 with no additional amounts for expenses or costs.

The Court finds that Plaintiff is the prevailing party and is entitled to an award of attorney's fees pursuant to the EAJA. The Court further finds that the agreed upon amount is reasonable and appropriate. This award shall fully and completely satisfy any and all claims for fees, costs, and expenses that may have been payable to Plaintiff in this matter pursuant to the EAJA, 28 U.S.C. § 2412.

Plaintiff's Petition **(Doc. 33)** is **GRANTED**. The Court awards Plaintiff attorney's fees in the amount of $4,911.85 (four thousand, nine hundred eleven dollars and eighty five cents).

The amount awarded is payable to Plaintiff and is subject to set-off for any debt owed by Plaintiff to the United States.  *See Astrue v. Ratliff*, 560 U.S. 586, 593 (2010).  *See also Harrington v. Berryhill*, 906 F.3d 561, 564 (7th Cir. 2018)(noting that amount awarded is "subject to offset where the litigant has relevant federal debts.").  However, any part of the award that is not subject to set-off to pay Plaintiff's pre-existing debt to the United States shall be made payable to Plaintiff's attorney pursuant to the EAJA assignment executed by Plaintiff and attached to Doc. 33.

**IT IS SO ORDERED.**

**DATE:  May 13, 2020.**

Digitally signed by Judge Sison
Date: 2020.05.13 09:40:16 -05'00'

**GILBERT C. SISON**
**United States Magistrate Judge**